IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TERRY LAMELL EZELL**,

      Plaintiff,

   v.

**JOSE ESQUETINI in his capacity as a federal employee acting within the scope of his duties and as an individual, MARTIN HERNANDEZ in his capacity as a federal employee acting within the scope of his duties and as an individual, and UNITED STATES OF AMERICA,**

      Defendants.

No. 3:13-cv-00924-JE

JUDGMENT

**MOSMAN, J.**,

      Based on my Opinion and Order [38],

      IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

Pending motions, if any, are DENIED AS MOOT.

      DATED this   14th   day of May, 2014.

                                     /s/ Michael W. Mosman  
                                     MICHAEL W. MOSMAN  
                                     United States District Judge

1 – JUDGMENT